Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff
Rachel Bryant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>  Plaintiff,<br><br>vs.<br><br>YOSEMITE RANCH INVESTORS, LLC dba YOSEMITE RANCH STEAK, et al.,<br><br>  Defendants. | No. 1:17-cv-01729-AWI-SAB<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |

WHEREAS, a Mandatory Scheduling Conference in this action is currently set for March 6, 2018, pursuant to the Court's Order Setting Mandatory Scheduling Conference dated December 21, 2017 (Dkt. 3);

WHEREAS, Defendants Yosemite Ranch Investors, LLC and Carlulu V, LLC (collectively "Defendants") waived service of the Complaint pursuant to the Waiver of Service of Summons filed on January 17, 2018 (Dkt. 4), such that Defendants' responsive pleading is due on March 19, 2018;

NOW, THEREFORE, Plaintiff Rachel Bryant ("Plaintiff," and together with Defendants, "the Parties) and Defendants, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for March 6, 2018 to a date

at the Court's convenience after March 26, 2018, to allow time for Defendants to make an appearance, and for the Parties to file a joint scheduling report.

Date: February 26, 2018					MISSION LAW FIRM, A.P.C.

							*/s/ Zachary M. Best*
							Zachary M. Best
							Attorney for Plaintiff,
							Rachel Bryant

Date: February 26, 2018					DOWLING AARON INCORPORATED

							*/s/ G. Andrew Slater*
							G. Andrew Slater
							Attorneys for Defendants,
							Yosemite Ranch Investors, LLC
							and Carlulu V, LLC

# **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for March 6, 2018 is continued to April 9, 2018 at 3:30 p.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: __**February 27, 2018**__

UNITED STATES MAGISTRATE JUDGE