# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YOSEMITE RANCH INVESTORS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01729-AWI-SAB<br><br>ORDER REQUIRING DEFENDANT YOSEMITE RANCH INVESTORS, LLC TO FILE PROOF OF SERVICE OF STATEMENT NOTING DEATH ON PLAINTIFF'S SUCCESSOR OR REPRESENTATIVE<br><br>ORDER CONTINUING APRIL 9, 2018 SCHEDULING CONFERENCE TO JUNE 29, 2018, AT 1:30 P.M.<br><br>(ECF No. 8) |

On December 21, 2017, Plaintiff filed this action. (ECF No. 1.) On February 27, 2018, pursuant to the parties' stipulation, the scheduling conference was continued to April 9, 2018. (ECF No. 6.) On March 12, 2018, Defendant Yosemite Ranch Investors, LLC filed a statement of death informing the Court that Plaintiff is deceased. (ECF No. 8.)

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

> [i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1).

The Ninth Circuit has held that there are two affirmative steps that trigger the running of the ninety-day period in Rule 25(a)(1). See Barlow v. Ground, 39 F.3d 231, 233 (9th Cir. 1994).

1

First, a party must formally suggest the death of the party upon the record. Id. (citations omitted). Second, the suggestion of death must be served on parties in accordance with Rule 5 and served on nonparties in accordance with Rule 4. Id. (citation omitted); Fed. R. Civ. P. 25(a)(3)).

Here, Defendant Yosemite Ranch Investors, LLC has filed a statement noting the death of Plaintiff upon the record, but there is no indication that the statement has been served on Plaintiff's successor or representative. Defendant Yosemite Ranch Investors, LLC shall file on or before March 26, 2018, proof that the statement noting Plaintiff's death has been served on Plaintiff's successor or representative. As Plaintiff's successor or representative has 90 days from the service of the statement noting Plaintiff's death to file a motion for substitution, the Court shall continue the scheduling conference in this matter to June 29, 2018, at 1:30 p.m.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Yosemite Ranch Investors, LLC shall file on or before March 26, 2018, proof that the statement noting Plaintiff's death has been served on Plaintiff's successor or representative; and
2. The scheduling conference in this matter currently set for April 9, 2018, is continued to June 29, 2018, at 1:30 p.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone. The parties shall file their joint scheduling report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: __**March 13, 2018**__

UNITED STATES MAGISTRATE JUDGE

2